Entered on Docket
March 08, 2011

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

---

**TIFFANY & BOSCO, P.A**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
glw@tblaw.com

U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2006-BNC3
09-71819 / 1100215210

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | 09-13169-mkn |
|---|---|
| Milton J. Banks and Etta Yvonne Banks | Motion no. 66<br>Date: 2/16/11<br>Time: 1:30 |
| Debtors. | Chapter 13 |

### ORDER VACATING AUTOMATIC STAY

Pursuant to the matter heard at the above-referenced date and time,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to Secured Creditor, U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2006-BNC3 its assignees and/or successors in interest, and Secured Creditor may proceed with a foreclosure of and hold a Trustee's Sale of the subject property, generally described as 3434 Ferrell St. ,

1  North Las Vegas NV, pursuant to applicable State Laws, and thereafter commence any action necessary
2  to obtain complete possession of the subject property.
3  **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor will**
4  **re-start the foreclosure proceeding by recording a new Notice of Default.**
5  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby
6  withdraws its secured Proof of Claim filed in this matter.  The Secured Creditor shall notify the Trustee
7  of the completion of the foreclosure sale.  If applicable, Secured Creditor may thereafter amend its
8  secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the
9  foreclosure sale.

Submitted by:

TIFFANY & BOSCO, P.A

By_____
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor

APPROVED / DISAPPROVED

_____
George Haines
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
Rick A. Yarnall
Chapter 13 Trustee

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____  The court has waived the requirements set forth in LR 9021(b)(1).

____  No party appeared at the hearing or filed an objection to the motion.

__X__  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

____ approved the form of this order                    ____ disapproved the form of this order

____ waived the right to review the order and/or        __X__ failed to respond to the document

____ appeared at the hearing, waived the right to review the order

____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

____ approved the form of this order                    ____ disapproved the form of this order

____ waived the right to review the order and/or        __X__ failed to respond to the document

____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor